Keith William Weidner, Taylor, Warren & Weidner, P.A., Pensacola, FL, for Plaintiff–Appellant.

Barbara C. Fromm, Jolly & Peterson, P.A., Tallahassee, FL, for Defendants–Appellees.

Before BIRCH, BARKETT and COX, Circuit Judges.

PER CURIAM:

Michael T. McLaren appeals the district court's grant of summary judgement in favor of Defendants Ron McNesby, Sheriff of Escambia County, and Rene Vasquez Reguindin, Deputy Sheriff, on the grounds that defendants were entitled to qualified immunity. Count I of the complaint is a 42 U.S.C. § 1983 claim against Reguindin in his individual capacity for unlawful detention. Count II is a state law claim for unlawful detention pled in the alternative against both Reguindin and McNesby. The district court granted summary judgment in favor of Reguindin on Count I and, declining to exercise supplemental jurisdiction over the state law claims, dismissed Count II without prejudice.

We affirm the grant of qualified immunity, agreeing with the district court that McLaren cannot show improper detention as a result of a failure to disclose truly exculpatory evidence.

**AFFIRMED.**

**Anna L. BROWN, Plaintiff–Appellant,**

v.

**THE FLORIDA BAR, Defendant–Appellee.**

No. 07–10519.

United States Court of Appeals, Eleventh Circuit.

Sept. 18, 2007.

Brett Alan Geer, The Geer Law Firm, L.C., Tampa, FL, for Plaintiff–Appellant.

---

M. Hope Keating, Greenberg Traurig, P.A., Tallahassee, FL, for Defendant–Appellee.

Before BIRCH, BARKETT and COX, Circuit Judges.

PER CURIAM:

Anna L. Brown appeals the district court's order dismissing her complaint against the Florida Bar. The district court found that the Florida Bar was entitled to sovereign immunity under Eleventh Amendment, or in the alternative, absolute immunity, and was therefore immune from suit. Brown acknowledges that in *Kaimowitz v. The Florida Bar*, 996 F.2d 1151 (11th Cir.1993), we held that "the Eleventh Amendment prohibits actions against ... state bars." *Kaimowitz*, 996 F.2d at 1155. Under the prior precedent rule, *Kaimowitz* bars Brown's claim.

**AFFIRMED.**